JAMES LOUIS BRUNER, APPELLANT, *v.* CAROL R. BRUNER, RESPONDENT.

No. 9140

March 15, 1978                                    575 P.2d 928

*David M. Schreiber,* of Las Vegas, for Appellant.

*Dickerson, Miles & Pico,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

We are asked to annul a discretionary order denying a father's motion to change the custody of his son. There was substantial evidence submitted to support the apparent conclusion of the court that the child's welfare would not be enhanced by a change of custody.

Affirmed.